| | | |
|---|---|---|
| RICHARD GRIER | * | IN THE UNITED STATES |
| Appellant | | COURT OF APPEAL FOR |
| V. | * | THE FOURTH CIRCUIT |
| UNITED STATES | | |
| OF AMERICA | * | Appellate No. 23-40-27 |

\* \* \* \*

## MOTION OF CONSENT

Now Come(s), Richard Grier #474750 pro se and respectfully move, to give this Honorable Court the consent, for a consent judgment.

IN support of this Motion Appellant allege(s) and states the following

1. Upon consideration of All Motion(s) that have been filed by Appellant including but not limited to his SAMPLE BRIEF filed 2-15-23, INFORMAL BRIEF filed 3-20-23, and RESPONSE TO THE DISTRICT... filed 5-4-23, RESPONSE BRIEF OF APPELLEE filed 6-5-23, and APPELLANTS REPLY BRIEF filed 6-16-23.

-1-

2. Appellant [O]nly have a right to Petition the Government for a Redress of grievances. [Amendment I] "NOT TO BE COMBATIVE"

3. With all do respect, THE STATE finds no pleasure in understanding but delights in airing their own opinions

4. Appellant (IAM), Now giving this Court the consent to Judge this UNSCRUPULOUS Matter. IN JESUS NAME AMEN

Respectfully,

[THANK YOU]      R. Grier
               Appellant pro se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June 2023, a copy of this Forgoing Motion was mailed to:

- 1100 E. Main St. Richmond Virginia 23219
- 36 S. Charles St. Baltimore, MD 21201

Respectfully,
R. Grier

-2-

RECEIVED
2023 JUL -5 PM 2:44
FOURTH CIRCUIT

R. GRIER #47741750
14106 McMullen Hwy S.W
Cumberland, MD 21502

TO: 1100 E. Main St.
Richmond, Virginia 23219

Clerk of Court

RECEIVED
U.S. MARSHALS

BALTIMORE MD 212
30 JUN 2023 PM 2 L