```
RICHARD GRIER      *  IN THE UNITED STATES
     Appellant        COURT OF APPEAL FOR
V.                 *  THE FOURTH CIRCUIT
UNITED STATES         CASE NO. 23-40-27
OF AMERICA         *  CRIMINAL NO. JKB-19-0036
   *        *         *         *         *
```

## CONSENT Motion Requesting The Court to Vacate the Conviction And Consent Requesting For A Settlement And MEMORANDUM IN SUPPORT

Now Come(s), Richard Grier, Appellant, pro se, to Move this Honorable Court to "GRANT" this Motion to ensure JUSTICE HAS BEEN SERVED.

IN accord with Appellant states the following:

**A.** ON JAN. 6th 2023, Grier Plead Guilty to the State's indictment, under Pretense to being avoidance of and/or from being Tried By A "Secret Tribunal" within the U.S District Court For the District of Maryland.

RECEIVED
2023 NOV 20 P 3:49
U.S. COURT OF APPEALS
FOURTH CIRCUIT

B. On Jan. 13th, 2023, Grier filed a NOTICE OF APPEAL; thereafter, Appellant, filed with this Honorable Court... A SAMPLE BRIEF filed Feb. 15th, 2023 raising the said claims:

I. Did the Court Abuse its Discretion when it Denied Appellant(s) Motion To Receive Discovery Files.

II. Did the Court Err and/or Commit Misconduct By Forcing Appellant To Rely on The counsel, The Court Dismissed on December 19th, 2022, If he wanted to Review The Discovery.

III. Did The Sentencing Court Err In Accepting Appellant's Guilty Plead.

---

¹Note: On Dec. 19th, 2022, Mr. Grier, waived his Right to counsel [C. Purpura] and requested leave to proceed pro se, [up-holding his 6th Amend.] which was granted by [Matthew J. Maddox]. Subsequently, Grier filed a Motion ECF 1057. [Ex. 3] Which [M. Maddox] denied after [C. Purpura] was underhandedly put back on the case as a stand-by.

C. On Feb. 17th, 2023, this Court ORDERED, Appellant to [File] an INFORMAL BRIEF which was filed March-20th, 2023; raising the same issues above in brief.

As a Result, the government after many Extension(s) Filed its own INFORMAL BRIEF on June 5th, 2023, [WHICH FAILED TO DISPROVE Appellant's Merit]'s But instead tried to present issues this Court wont even consider...

"The Court will not consider issues that are not specifically raised in the informal opening brief." See. INFORMAL BRIEFING ORDER Filed Feb. 17th 2023

In-turn, Appellant, Grier, filed its own Informal Reply Brief... Stat[ing] how the government's contention(s) FAIL(S) to take into account certain elements from Grier's Merits as presented in this Action. [A-I] see. Brief Filed June 16th, 2023.

2. Note: In Hicks, The Appellate Court stated a very strong statement... "A criminal justice system can only call itself a justice system if cases are generally decided on their Merits.

# MEMORANDUM

The King finds pleasure in a servant who acts with insight. But his fury is against the one and/or ones who acts shamefully. [PROVERBS 14:35] A mild answer turns away rage but a harsh word stirs up anger. The tongue of the wise makes good use of knowledge but the mouth of the stupid blurts out foolishness. The eyes of Jehovah are everywhere, watching both the Bad and Good.

A CALM tongue is a tree of life. But twisted speech causes despair. [A shrewd person accepts correction ... But the produce of the wicked one brings on them trouble.] The lips of the wise spread knowledge, but not so the heart of the stupid one... But the prayer of the upright, is a pleasure to Him. Jehovah detests the way of the wicked one but he loves the one who pursues righteousness. Discipline seems bad to one forsaking the way, but whoever hates reproof will die. [PROVERBS 15:1-10]

As Judge Learned Hand once said:
"Liberty lies in the hearts of men and women; when it dies there, no Constitution, no law, no court can save it; no Constitution, no law, no court can even do much to help it.

# HISTORY OF CASE

The government placed Grier, [IN] this indictment, BACK in "2018" charging ~~him~~ him with ① (Conspiracy to Distribute and Possession with the Intent to Distribute Controlled), ② (Conspiracy to Possess [A] FIREARM IN ~~~~ FURtherance of DRUG TRAFFICKING.) ~~~~

With various persons, Appellant understood they was charging him falsly with the persons. So He ~~~~ positively opposed them... [See. Ex. 2 of Appellant's AND Ex. 1] the Dismissal Motion ECF. 757 Filed in 2021 was denied Because of Who? "C. Purpura's" persence, then understanding Why it got Denied; Grier Refiled ~~several~~ More Motions "ECF No. 830 – ECF No. 768 Along with was A Motion titled <u>Motion to fire Appointed Counsel</u>. The Court James K. Bredar, choose Not to Rule on the last said Motion.

Grier, then Filed "Two More Motions" Titled: <u>Pro Se Defendant Entry of Appearance</u> [Ex. 3] pending... in this Appeals Court(s); AND A new <u>Motion For Dismissal</u>, ~~~~ [Ex. 4]

* * *

The Government "P. McLane", knew their case was without merits [AS] to Count 1 # Count 2 of their filings; At the 'START' against Appellant. [FALSE ALLGATIONS.] So to try to Better and/or strengthen their case AGAINST MR. GRIER... [T]hey then USED CASE NO. 118257005 Which was on it(s) Post-Conviction [with AN UNKNOWN outcome.] what should have been taken into consideraion [NEGLIGENT[S].] "BECAUSE IF and/or when OVERTURN-[ED] By the Honorable Judge Abas - P.C: 12328-" Then Double Jeperdy Fall into Play CAUSE WOULD ███ "No" longer Be violating Both F.E.D and State LAW 5th Amendment.

Once, [CASE NO: 118257005] was picked-up it ■ [Government] STARTED PLACING MORE [FALSE-ALLGATIONS] ON GRIER Placing him in A [RACKETEERING ENTERPRISE] with A New group of persons calling and/or LABLING GRIER... [A] GANGMEMBER "CCC" saying He Killed 2 people and Atempted to Kill 2 people. MORE [FALSE ALLGATIONS] Here; plus [DEFORMATION OF CHARACTER Along with CHARACTER ASSASSINATION] Only to get A conviction on Grier See... Brief(s) of Appellant

NOTE:
    WITH THE HELP OF: ███ C. PURPURA, and ███ M. MADDOX And Judge BREDAR.

JAN-6-2023

[T]hey Judge MADDOX, Judge BREDAR, P.LANE, and C.PURPARA [Aissited Each other] How can two walk together unless in agreement. That Void and Null Agreement Broughtforth By "C. PURPARA" open the door to [Civil dis-obedience] [Civil Rights Violation] # A [WRONGFUL CONVICTED] person [EMOTIONAL DISTRESS] on beHalf of the Appellant "MR. GRIER" Along with PAIN # SUFFERING AND Because they didnt ~~████~~ Repent caused MR. GRIER Extra pain # Suffering. See BRIEF(S) of Appellant with Exhibits Filed in this Court.

And to clean-up the Matter Judge BREDAR Agreed to something [Ex. E8] But Later Dis-agreed WHEN HE SAID ON THE RECORD

"You HAve 14 days to Appeal."

The Agreement was illegally obtained, C. PURPURA was Di[s]missed Dec. 19th 2022 WHY IS He there? JAN. 6th 2023 with a document dated JAN. 03, 2023 sent to him By P.LANE. [Although] GRIER was His own Attorney. - Huge Misconduct - THE COURT Secretively denid Appellant of his Right to self-Representation by Keeping the exculpatory evidence away from him making Appellant "handicap"

\* \* \*

IT IS HEAVEN

DEPRIVING HIM OF HIS RIGHTS UNDER THE 6th AND 14th Amendments due process clause in Jesus Name AMEN.

Declaring Grier [eaglly] NOT GULITY.

* * *

WHEREFORE, Grier Respectfully Asks this court to ORDER And/or ISSUE AN ORDER telling THE STATE TO:

1. [Dismiss] The indictment on Grier(s) Behalf. [Declaring Him innocent] with prejuice

2. Give A copy of All documents to Grier

## SETTLEMENT

UP FOR Negotiation [At] A SIDEBAR in "VIRGINIA" somewhere with All party's present

Appellant is Requesting: [350M] or [350B] for the following: [False Allgations], emotional Distress(s), Deformation of CHARACTER, CHARACTER ASSASSINATION, Negligents, civil dis-obedience, civil Rights violation, WRONGFULLY CONVICTED AND DISCRIMINATION.

Appellant does not desire for them to be exposed for this [UN]SCRUPULOUS/[UN]PRINCIPLED BEHAVIOR, at least, this [Honorable Court] feels to and/or need to do so. [You Have Consent]

IN JESUS NAME AMEN
LOVE OR HATE     Represent
LOVE OVER HATE   THE JEWISH
                 STATE

## CONCLSION

**IF THE LAW IS THE LAW**, NO PERSON IS **ABOVE IT**. There are those who oppress the innocennts and take bribes and deprive the poor of their right(s) and withhold justice in the courts.

THANK YOU THAT THIS COURT WILL NOT SHOW **FAVORITISM** BUT **up-hold** THE LAW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on 8th day of November 2023, a copy of the foregoing Motion was postpackage paid TO CLERK of Court.

Please send copies to party's
I am indigent.

Respectfully submitted,
R. Grier

R. Givin #474750
14100 McMullen Hwy. S.W
Cumberland, MD 21502

BALTIMORE MD 212
16 NOV 2023 PM 5 L



RECEIVED
U.S. MARSHALS

TO: CLERK OF COURT
1100 E. MAIN ST.,
Richmond Virginia 23219

23219-353899