Rhsleed

```
RICHARD GRIER          *  IN THE UNITED STATES
      Appellant           COURT OF APPEAL FOR
VS.                    *  THE FOURTH CIRCUIT
UNITED STATES             District No. JKB-19-0036
OF AMERICA             *
   ████████               Appeall No. 23-40-27
*              *          *              *
```

## Motion To Confirm

NOW Come(s), Richard Grier, Appellant, pro se, and Respectfully Move(s), this Honorable Court to "GRANT" said motion in-order to "Administrate Justice"

    This Motion is supported by AN AFFIDAVIT As grounds for the MOTION alleges and States as follow(s):

1. Upon consideration of All Motion(s) that have been Filed by [Appellant] including but not limited to his <u>SAMPLE BRIEF</u> Filed [2-15-2023], <u>INFORMAL BRIEF</u> Filed [3-20-2023], and Responses from (Appellee) Filed **[6-5-2023]**, and <u>APPELLANT'S REPLY BRIEF</u> Filed [6-16-2023]

IT IS HEREBY, Requested that this Honorable Court <u>CONFIRM</u>, the matter At hand, as of Now. "IN JESUS NAME AMEN"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2023, a copy of this foregoing [MOTION TO CONFIRM] was mailed to:

- Clerk of Court
  1100 E. Main St Richmond, Virginia 23219

- Please send and/or forward a copy to the [State] Appellant is indigent.
  [THANK YOU]

Respectfully Submitted,

R. Grier

Appellant, pro se

R. Grier #474750
14100 McMullen Hwy. S.W
Cumberland, MD 21502

To: Clerk of Court
1100 E. Main St
Richmond, Virginia 23219